**+UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

DENNIS RYAN,

                              Plaintiff,

        -against-                         **24 Civ. 3632 (VSB) (GS)**

VERTIV CORPORATION,                              **<u>ORDER</u>**

                              Defendant.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On December 18, 2024, the Court conduced a discovery conference regarding the discovery disputes raised in the parties' December 5, 2024 letter. (Dkt. No. 20). For the reasons stated on the record during the conference:

1. Plaintiff's demand for metadata concerning the documents produced by Defendant to date is denied. Defendant's ESI counterproposal (which shall, among other things, include provisions relating to metadata) is to be submitted to Plaintiff no later than Friday, December 20, 2024.

2. Defendant is to produce the personnel files of the four comparators identified at the conference, pursuant to a protective order to be submitted for the Court's approval. To the extent that compensation, annual sales, and commission information is not included in the personnel files, Defendant is to provide that information separately for the four comparators.

3. Defendant is to produce relevant portions of the personnel files of the three managers identified at the conference. The parties are directed to meet and confer on the categories of information that will and will not be produced from these three individuals' personnel files pursuant to the guidelines provided by the Court at the conference. Relevant information includes reprimands and complaints against the managers, disciplinary action, evidence of past discrimination at prior employers, and information relating to the RIF. Plaintiff's demand for compensation information for the three managers is denied.

4. Defendant is to produce internal or external complaints of age or disability discrimination by or against any of the six individuals identified at the conference.

5. The Court has taken under advisement Plaintiff's demand (as revised at the conference) for the names of individuals on the OWBPA list impacted by the RIF. The parties may submit supplemental letter briefs on this issue by Friday, December 20, 2024.

6. The Court grants a sixty-day extension for all discovery deadlines and is imposing a deadline for production of documents and responses to interrogatories for discovery requests currently outstanding. Relevant deadlines are as follows:
    - Document Production and Interrogatory Responses shall be completed by Friday, January 31, 2025.
    - Depositions shall be completed by Monday, March 24, 2025.
    - Requests for admission shall be served by Monday, March 31, 2025.
    - Fact Discovery shall be completed by Friday, April 18, 2025.

- Expert Discovery shall be completed by Wednesday, June 4, 2025.

- All discovery shall be completed by Monday, June 23, 2025.

7. The parties are to provide a joint status letter to the Court as to any outstanding discovery issues and the status of discovery by Wednesday, January 15, 2025.

**SO ORDERED.**

DATED:   New York, New York
         December 18, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge