UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DENNIS RYAN,

                          Plaintiff,

      -against-                                      **24 Civ. 3632 (VSB) (GS)**

VERTIV CORPORATION,                                    **ORDER**

                          Defendant.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On February 20, 2025, the Court conducted a discovery conference regarding the discovery disputes raised in Plaintiff's January 28, 2025 letter, to which Defendant responded in its January 31, 2025 letter. (Dkt. Nos. 37 & 38). For the reasons stated on the record during the conference:

1. Defendant is to review Mr. Power's personnel file, including performance evaluations, for direct or indirect references to the screaming incident referred to in Plaintiff's January 28 letter (Dkt. No. 37 at 2) or other instances of unprofessional behavior by Mr. Powers, and to provide Plaintiff with a written representation as to whether or not there are any such references in the file. Plaintiff's broader request for production of Mr. Power's performance evaluations is DENIED.

2. Plaintiff's request for production of Mr. Whaley's Separation Agreement is GRANTED. The Separation Agreement may be produced pursuant to the Stipulation and Protective Order but shall not be designated Attorneys' Eyes Only.

2

3. The parties are to provide a joint status letter by Thursday, March 6, 2025, setting forth (a) the status of the metadata and ESI issues raised by Plaintiff at today's conference, (b) the status of discovery generally, and (c) an updated proposed discovery schedule.

**SO ORDERED.**

DATED:   New York, New York
         February 20, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge