UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DENNIS RYAN,

                        Plaintiff,

-against-                                 **24 Civ. No. 3632 (VSB) (GS)**

VERTIV CORPORATION,                         **ORDER**

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter at Dkt. No. 47 raising several discovery disputes and requesting an extension of time on all discovery deadlines as well as Defendant's response at Dkt. No. 48.

First, the parties are reminded that extension requests must be made in advance of the deadline and with a showing of good cause to do so. With that in mind, the Court grants the following extensions:

- The production of ESI is to be completed by Monday, July 7, 2025.

- The deadline for all fact discovery is hereby extended to Friday, October 17, 2025.

- The deadline for document production and interrogatory responses is hereby extended to Thursday, July 31, 2025.

- The deadline to complete depositions is hereby extended to Wednesday, September 24, 2025.

- The deadline for service of requests for admission is hereby extended to Tuesday, September 30, 2025.

- The deadline to complete expert discovery, if any, is hereby extended to Friday, December 5, 2025.

Second, the parties are directed to further meet and confer on the disputes raised in the parties' letters at Dkt. Nos. 47–48 and to provide a joint status update by no later than Friday,

June 20, 2025. Specifically, the parties should discuss whether any dispute remains as to document production and work toward a resolution on the ESI search terms.

    **SO ORDERED.**

DATED:    New York, New York
               June 11, 2025

                                                 _____
                                                 The Honorable Gary Stein
                                                 United States Magistrate Judge